UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, | ) Case No. CV 14-96 DMG(JC) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| BETHINA LOBIANCO, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 20, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE